UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| MATTHEW FLEENER and MICHELLE FLEENER, <br>　　Plaintiffs, <br><br>　　　vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and HUNTINGTON NATIONAL BANK; <br>　　Defendants. | CASE NO. 1:19-cv-04929-JPH-MPB <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Matthew P. Brookman |

---

## APPEARANCE

---

To the Clerk of this Court and all parties of record:

　　Enter my appearance as counsel in this case for Defendant Trans Union, LLC.

　　I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*s/ Sandra Davis Jansen*
　　　　　　　　　　　　　　　　　　　Sandra Davis Jansen, Esq. (IN #27803-53)
　　　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　　　Telephone:  317-363-2400
　　　　　　　　　　　　　　　　　　　Fax:  317-363-2257
　　　　　　　　　　　　　　　　　　　E-Mail:  sjansen@schuckitlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **27th day of December, 2019**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Travis W. Cohron, Esq. <br> tcohron@bhclegal.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **27th day of December, 2019**, properly addressed as follows:

| None. | |

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*